FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-14-00055-CV

**IN RE** Comfort **ROBERTS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On February 3, 2014, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on February 24th, 2014.        PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI12260, styled *Lloyd Douglas Enterprises, Inc. d/b/a River City Care Center and Steve Robinson v. Comfort Roberts, Joe A. Fuentes, Cynthia Huggins and Ida Jackson*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.